IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**LYNN S. HARTWELL-PLATER,** )
)
    Plaintiff, )
)
  v. )    2:12cv1660
)    **Electronic Filing**
**MICHAEL J. ASTRUE,** Commissioner )
of Social Security, )
)
    Defendant. )

## ORDER OF COURT

AND NOW, this 4th day of December, 2013, for the reasons set forth in [15] the Magistrate Judge's Report and Recommendation of October 16, 2013, IT IS ORDERED that [11] Plaintiff's Motion for Summary Judgment be, and the same hereby is denied, and [13] defendant's Motion for Summary Judgment be, and the same here is, granted. The decision of the Commissioner is affirmed and final judgment will be entered against plaintiff and in favor of defendant. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the court.

                                            s/David Stewart Cercone
                                            David Stewart Cercone
                                            United States District Judge

cc:    Jaya A. Shurtliff, Esquire
        Kenneth R. Hiller, Esquire
        Michael Colville, Esquire

        (*Via CM/ECF Electronic Mail*)